Matter of Strollo v Evans (2026 NY Slip Op 00705)

Matter of Strollo v Evans

2026 NY Slip Op 00705

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND KEANE, JJ.

822 OP 25-00623

[*1]IN THE MATTER OF DANIEL STROLLO, IN HIS OFFICIAL CAPACITY AS THE SPECIAL DISTRICT ATTORNEY OF MONROE COUNTY, PETITIONER,
vANDRAE EVANS, RESPONDENT. 

DANIEL E. STROLLO, SPECIAL DISTRICT ATTORNEY, ROCHESTER, FOR PETITIONER.
BOND, SCHOENECK & KING, PLLC, ROCHESTER (NICHOLAS P. JACOBSON OF COUNSEL), FOR RESPONDENT. 

 Proceeding pursuant to Public Officers Law § 36 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to remove respondent as the Supervisor of the Town of Irondequoit. 
It is hereby ORDERED that said proceeding is dismissed without costs.
Memorandum: Petitioner commenced this proceeding to remove respondent from public office pursuant to Public Officers Law § 36. Inasmuch as respondent no longer holds public office, the proceeding is moot (see Matter of Kalodukas v Berentsen, 121 AD3d 1476, 1477 [3d Dept 2014]; Matter of Warren v Bielecki, 92 AD3d 1244, 1244 [4th Dept 2012]; Matter of Copp v Lankford, 283 AD2d 980, 980 [4th Dept 2001]).
All concur except Keane, J., who is not participating.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court